**No. 60208.**—Merchants Forwarding Company *v*. United States, protest 235626–K/ 6132 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of peppers in vinegar similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

**No. 60209.**—North American Food Distributing Co. *v*. United States, protest 187278–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiff was sustained.

AUGUST 27, 1956

**No. 60210.**—Frederick F. Straus and Perryman, Mojonier Company *v*. United States, protests 222799–K and 222800–K.— Plaintiffs' application for rehearing granted.

AUGUST 29, 1956

**No. 60211.**—Richter Bros., Inc. *v*. United States, protest 251119–K.— Plaintiff's application for rehearing denied.

AUGUST 28, 1956

**No. 60212.**—SUIT 4859.—Atlas Export Co. and F. L. Kraemer & Co. *v*. United States.— —Abstract 59303 affirmed May 15, 1956. C. A. D. 618.